United States District Court
Southern District of Texas
FILED
MAR 12 2015
David J. Bradley, Clerk

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ALBERTO JUSTO RODRIGUEZ LICEA, et al. | 4-15-MC-208 |
| DEFENDANT | TYPE OF PROCESS |
| CURACAO DRYDOCK COMPANY, INC., etc., et al. | WRIT OF GARNISHMENT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Master of the SIGMAGAS, IMO No. 9183568, as agent of and on behalf of Sloman Neptun Schiffahrts-Aktien
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port Ingleside, Texas, United States

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Spagnoletti & Co.
ATTN: David S. Toy
401 Louisiana, 8th Floor
Houston, TX 77002

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | Enclosed |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please call David S. Toy's mobile number (713-289-4930) or e-mail him (dtoy@spaglaw.com) if any questions arise.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 713-653-5600
DATE: 1/30/15

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | H-79 No. 79 | S-79 No. 79 | Pat Lopez | 1/30/15 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Andrey P. Ruschucilov

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1/30/15
Time: 3:00 pm

Signature of U.S. Marshal or Deputy
E. Maddox

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | TBD $0.00 |

REMARKS: 1/30/15 - FWD via email to S/TX, Corpus Christi, for service, RL

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13